# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

ERGO LICENSING LLP, et al.,     )
                                 )
               Plaintiffs,     )
                                 )
v.                               )   Docket no. 2:08-cv-259-GZS
                                 )
CAREFUSION 303, INC.,        )
                                 )
               Defendant.     )
                                 )
_____)
                                 )
CAREFUSION 303, INC.,        )
                                 )
               Counterclaimant,     )
                                 )
v.                               )
                                 )
ERGO LICENSING LLP,         )
                                 )
               Counterdefendant.     )
_____)

## ORDER SETTING HEARING

On August 3, 2010, the Court held a conference of counsel to discuss setting this case for a *Markman* hearing. In advance of the conference, the parties' filed a joint status report (Docket # 182). Having reviewed the status report and conferred with counsel, the Court hereby ORDERS:

    (1) Without objection, the Court hereby RESERVES RULING on the three *Daubert* motions (Docket #s 133, 142 & 144) currently under advisement. The Court will consider these motions at a later date after the claim construction proceedings are complete.

    (2) With the parties' agreement, the Court will bifurcate the claims construction in this matter and first construe the following six agreed-upon terms: (1) "set," (2) "fluid flow sources," (3) "adjusting means," (4) "programmable control means/control means," (5) "data input means" and (6) "flow measuring means" (hereinafter, "First

Round Claims Construction"). As indicated at the conference, the Court anticipates that one or both parties will file a motion for summary judgment following the Court's decision on the First Round Claims Construction.

(3) In connection with this First Round Claims Construction, the parties' briefing is complete. The Court has granted both sides leave to file additional materials to be considered as part of the claims construction record so long as those materials include only existing deposition testimony or other materials previously disclosed to the other side. Defendant shall file any such materials on or before August 17, 2010 at noon. Plaintiff shall file any such materials on or before August 31, 2010 at noon. To the extent either side's submission exceeds 100 pages, they shall provide a courtesy copy of the filing to the Court.

(4) The hearing for the First Round Claims Construction is hereby set for October 4, 2010 to be held in Courtroom Three. By agreement, the hearing will be non-evidentiary. At 10:00 AM on October 4, 2010, each side will be allowed approximately 30 minutes to provide the Court with a live tutorial of the technology at issue. At 12:30 PM, the Court will hear argument from each side. At the conference, each side indicated their respective argument could be completed less than two hours. Thus, the Court has reserved four hours for this hearing. To the extent the parties' intend to make use of any audio/visual equipment at this hearing, they are required to follow the Court's procedures for reserving and testing such equipment, which can be found on the Court's website (http://www.med.uscourts.gov/practices/eep.htm).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of August, 2010.