## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ERGO LICENSING, LLC and UVO HÖLSCHER, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>CAREFUSION 303, INC., <br><br>　　　　Defendant. <br><br>CAREFUSION 303, INC., <br><br>　　　　Counterclaimant, <br><br>v. <br><br>ERGO LICENSING, LLC and UVO HÖLSCHER, <br><br>　　　　Counterclaim-Defendants. | Docket No. CV-08-259-GZS |

### STIPULATION REGARDING CLAIM TERMS TO BE CONSTRUED
### AT THE *MARKMAN* HEARING ON OCTOBER 4, 2010

Plaintiffs/Counterclaim-Defendants Ergo Licensing, LLC and Uvo Hölscher ("Plaintiffs") and Defendant/Counterclaimant CareFusion 303, Inc. ("CareFusion"), by and through counsel, hereby stipulate and agree regarding the following claim terms:

　　1.　The claim terms "adjusting means," "[programmable] control means," "data input means," and "flow measuring means" are to be construed as means-plus-function limitations subject to interpretation under 35 U.S.C. §112, ¶6.  In accord with this stipulation, Plaintiffs hereby withdraw the arguments in Ergo Licensing, LLC's Motion on Claim Construction and Incorporated Memorandum (Docket No. 139) and

Ergo Licensing, LLC's Response to CareFusion 303, Inc.'s Opening Claim Construction Brief (Docket No. 151) that the presumption of applicability of 35 U.S.C. §112, ¶6 is rebutted with respect to each of these terms.

2.  The Court need not construe the term "fluid flow sources" and that term should be afforded its plain and ordinary meaning like all other terms that have not been identified as requiring construction.

/s/ James G. Goggin
James G. Goggin
Seth W. Brewster
Sara E. Hirshon
Attorneys for Plaintiffs
Verrill Dana, LLP
One Portland Square
Portland, ME  04112
(207) 774-4000
jgoggin@verrilldana.com
sbrewster@verrilldana.com

/s/ William D. Hagedorn
William D. Hagedorn, Esq.
Attorney for Defendant
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel.: (207)791-3000
Fax.: (207)791-3111
whagedorn@preti.com

Dated: September 26, 2010

3016021-2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall Kay
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130

Kathryn B. Riley
DLA Piper
401 B Street, Suite 1700
San Diego, CA 92101-4297

William D. Hagedorn
PRETI, FLAHERTY LLP
P.O. Box 9546
Portland, ME 04112-9546

| | |
|---|---|
| Dated: September 26, 2010 | /s/ Sara E. Hirshon_____ |
| | Sara E. Hirshon |
| | Attorney for Plaintiffs |
| | Verrill Dana, LLP |
| | One Portland Square |
| | Portland, ME  04112 |
| | (207) 774-4000 |
| | shirshon@verrilldana.com |

3016021-2